# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

YEYE DELGADO,

    Plaintiff,

v.                                       CASE NUMBER: 6:13-CV-1101 (GTS/ATB)

CAROLYN W. COLVIN,
as Commissioner of the
Social Security Administration,

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. It is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable Judge Andrew T. Baxter, dated the 26th day of March, 2014.

DATED: March 26, 2014

                                                    Clerk of Court

                                                By: s/ Nicole Killius
                                                    Deputy Clerk